Scanned at CDCR and E-Mailed
on 11-17-25 by d
(date) (initials)
Number of pages scanned: 10

RONALD E. RICKS D-07543
Name and Prisoner/Booking Number
VALLEY STATE PRISON
Place of Confinement
P.O. BOX 92 C4-32-4L
Mailing Address
CHOWCHILLA CA. 93610-0092
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED
Nov 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD EUGENE RICKS et,al.,
(Full Name of Plaintiff)
Plaintiff,

v.

(1) B. SUAZO CORRECTIONAL OFFICER,
(Full Name of Defendant)
(2) H. NAVARRO CORRECTIONAL OFFICER,
(3) A. ALMOS QM,
(4) ,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:25-cv-01575-CDB (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**
"DEMAND FOR JURY TRIAL"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: (ADA) (42 U.S.C. § 12101 et seq.).

2. Institution/city where violation occurred: VALLEY STATE PRISON, CHOWCHILLA CALIFORNIA.

## B. DEFENDANTS

1. Name of first Defendant: B. SUAZO. The first Defendant is employed as: CORRECTIONAL OFFICER (Position and Title) at VALLEY STATE PRISON CHOWCHILLA CA (Institution).

2. Name of second Defendant: H. NAVARRO. The second Defendant is employed as: CORRECTIONAL OFFICER (Position and Title) at VALLEY STATE PRISON CHOWCHILLA CA (Institution).

3. Name of third Defendant: A. ALMOS. The third Defendant is employed as: QUALITY MANAGEMENT (Position and Title) at VALLEY STATE PRISON CHOCHILLA CA (Institution).

4. Name of fourth Defendant: ________. The fourth Defendant is employed as: ________ (Position and Title) at ________ (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? (1). Describe the previous lawsuits: VIOLATION OF (RLUEPA)

a. First prior lawsuit:
   1. Parties: RONALD RICKS (PLAINTIFF) v. B. ALBITRE
   2. Court and case number: US EASTERN CALIFORNIA FRESNO DIVISION #1:13-cv-0039 LJO DLB (PC
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) THE STATE SETTELED ON JAN. 10, 2013.

b. Second prior lawsuit:
   1. Parties: ________ v. ________
   2. Court and case number: ________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ________.

c. Third prior lawsuit:
   1. Parties: ________ v. ________
   2. Court and case number: ________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ________.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

IDS NUMBERS AND OUTCOMES FOR THE APPEALS STARTING APRIL 2025

723858
OUTCOME: GRANTED
CLOSE DATE; 8/23/2025

FILED APRIL 3,2025

732858
CLAIM 002
DECISION; TIME EXPIRED BY OFFICE OF APPEALS
CLOSE DATE; 8/23/2025

SAME AS ABOVE

732760
OUTCOME: GRANTED
CLOSE DATE; 8/23/2025

FILED APRIL 22/2025
CLAIM 001

732762
OUTCOME TIME EXPIRED BY OFFICE OF APPEALS
CLOSE DATE: 8/23/2025

SAME AS ABOVE
CLAIM; 002

756678
OUTCOME: TIME EXPIRED BY OFFICE OF APPEALS
CLOSE DATE 9/27/2025

FILED JUNE 16/2025
CLAIM: 001

784551
OUTCOME: GRANTED
CLOSE DATE: 9/7/2025

FILED AUGUST 8/2025
CLAIM: 001

788477
OUTCOME:
PENDING DUE 12-7-2025

FILED AUGUST 15/2025
CLAIM: 001

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: EIGHTH AMENDMENT TO THE US CONSTITUTION CRUEL AND UNUSUAL PUNISHMENT.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☒ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON MARCH 14, 2025. CORRECTIONAL OFFICER B. SUAZO WROTE ON THE (ADA) WHITE BOARD THAT ALL VETERANS WERE GOING TO BE MOVED OUT OF D-HALL, TO MAKE WAY FOR THE NEW COHORT OF (OMCP/ PEER MENTORS). BUILDING (1) IS THE VETERANS HUB FOR VALLEY STATE PRISON. THE VETERANS IN (D) HALL HAVE BEEN THERE FOR OVER FIVE YEARS. THEY WERE HOUSED TOGETHER SO THEY COULD USE EACH OTHER AS A SUPPORT NET WORK FOR (PTSD) AND OTHER RELATED COMBAT AND PEACE TIME ISSUES I WORK AS A PEER SUPPORT SPECIALIST UNDER THE NEW PROGRAM SET FORTH BY G. NEWSOME AND (CDCR) AS THE VETERANS CAME TO ME ASKING WHAT TO DO ABOUT THE SITUATION. I INFORMED THEM TO ADVOCATE FOR THEM SELVES AND DIRECTED THEM TO THE (OIG) STAFF MISCONDUCT LINE, AND I CONTACTED THE ELLA BAKER CENTER FOR HUMAN RIGHTS. THEY SENT ME THE FORMS TO FILE WITH THE DEPARTMENT OF JUSTICE. AFTER FILING THIS COMPLAINT, I BECAME THE TARGET OF CORRECTIONAL B. SUAZO AND HIS PARTNER H. NAVARRO. THESE TWO OFFICERS ARE THE DELTA 1 HOUSING UNIT OFFICERS. AND ACTING UNDER COLOR OF STATE LAW DID KNOWINGLY, PURPOSELY, AND RECKLESSLY HARASS AND RETALIATE AGINST ME STARTING IN APRIL UP UNTIL I MOVED OUT OF THE BUILDING AND OFF THE YARD. THEY HAD MY C/O H. NAVARRO ORDERED AN (ADA) WORKER TO HIDE MY WALKER FROM WHERE I PARKED IT. WHILE C/O B. SUAZO ISSUED ME A RULES VIOLATION REPORT FOR NOT HAVING MY WALKER. MY CELL WAS SEARCHE AND MY INCOTINENCE SUPPLY'S WERE TAKEN, I WAS REASSIGNED WITH OUT MY KNOLDGE, THEN I WAS WRITTEN A SERIOUS 115. RULES REPORT 28 DAYS AFTER FOR DOING MY PEER SUPPORT JOB.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I WAS FIRED FROM MY JOB, AND DENIED AT (BPH) FOR THREE YEARS DUE TO THE RVR'S

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: FOURTEENTH AMENDMENT TO THE U.S. CONSTITUTION DUE PROCESSES OF LAW.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☒ Other: DUE PROCESSES OF LAW.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

A. ALMOS ON 05-22-2025 WHILE ACTING UNDER THE COLOR OF STATE LAW AS A QUALITY MANAGMENT / PEER SUPPORT SPECIALIST SUPERVISOR. FOR VALLEY STATE PRISON AND THE CALIFORNIA MODEL. UNDER GOVERNOR G.NEWSOM AND (CDCR) HEADQUARTERS. AS THE PEER SUPPORT SPECIALIST TRAINER AND SUPERVISOR A. ALMOS IN HER´INACTION WAS CULPABLE IN REGARDS TO MY LOSING MY JOB. I WAS REQUESTED BY MEDICAL STAFF TO HAND OUT THE DAILY (KOP) DUCATS. AND I HAD DONE THIS JOB AS PART OF MY DAILY PEER SUPPORT PROGRAM. A. ALMOS HAD NEVER ASKED WHY I WAS DOING THIS AND PART OF THE OPERATIONAL PROCEDURE IS FOR PEER SUPPORT SPECIALIST TO INTERACT WITH MEDICAL STAFF AND HELP WITH ISSUES SUCH AS THE DAILY DUCATS. AFTER B.SUAZO ISSUED ME THE RULES VIOLATION REPORT SOME (27) DAYS AFTER I HAD BEEN UN-ASSIGNED A.ALMOS NEVER TOOK ME TO THE REQUIRED CLASSIFICATION COMITY TO REMOVE ME FROM MY JOB VIOLATING MY DUE PROCESSES OF LAW. SO DUE TO A. ALMOS INACTION I WAS FIRED FRO MY ¢.95 AN HOUR JOB AND PLACED INTO A VOLENTEER PROGRAM THAT I DID NOT REQUEST. FURTHER I WAS ALLOWED TO TAKE THE CALMASHA CERTIFICATION ON 6-26-2025. I DID PASS THE CERTIFICATION BUT A.ALMOS NEVER EVEN GAVE ME MY GRADES AND CERTIFICATE.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
FIRED ME FROM MY PEER SUPPORT SPECIALIST JOB AND PAY ¢.95 - $1.55 AN HOUR SENSE APRIL 15, OF 2025 WITHOUT BENEFIT OF CLASSIFICATION ACTION.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

## CLAIM III

1. State the constitutional or other federal civil right that was violated: AMERICANS WITH DISABILITY'S ACT (ADA) (42 U.S.C. §12101 et seq.0.

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☒ Other: DISCRIMINATION (ADA).

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

H. NAVARRO KNOWINGLY, WILLINGLY AND RECKLESSLY ORDERED AN (ADA) WORKER TO HIDE MY WALKER OUT OF SIGHT OF ME SO THAT THEY COULD FURTHER HINDER ME FROM MY SERIOUS MEDICAL NEED BEING AN ARMY VETERAN AND SERVICE CONNECTED AT 100 % AS WELL AS PART OF THE ARMSTRONG CLARK CLASS. I HAD BEEN INSTRUCTED TO GET EXERCISE WHEN I COULD BY MY DOCTOR.

THIS WAS DONE WHILE H. NAVARRO WAS ACTING UNDER COLOR OF STATE LAW AS A CORRECTIONAL OFFICER. AT VALLEY STATE PRISON CHOWCHILLA CA.

I HAD NOT BEEN COUNSELED AS STATED MY BED CARD IS CLEAR. I HAVE CERVICAL FUSION FROM C-4 TO T-1. A METAL HINGED KNEE BRACE AND CANCER ALL OF WHICH I SHOULD NOT HAVE TO GO LOOKING FOR MY WALKER .

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

DISCRIMINATION AND TOTAL DISREGARD FOR MY SERIOUS MEDICAL NEED.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

PLAINTIFF HEAR BY REQUEST A JURY TRIAL ON A MONETARY SUM TO BE DECIDED FOR THE LOSE OF A BPH DATE. LOST WAGES FROM APRIL 2025 TO DATE OF OUTCOME DECIDED BY JURY.
DECLARATORY RELIEF IN REGARDS TO THE RVR 115. PLAINTIFF ASKS THE COURT TO REMOVE IT AND THAT HE BE REINSTATED TO HIS PEER SUPPORT SPECIALIST JOB WITH ALL PAY THAT HAS BEEN REFUSED.
PROVIDE PLAINTIFF WITH ALL THE STATE CERTIFICATIONS THAT HE HAS RIGHTFULLY EARNED.
AND BAR ANY FURTHER RETALIATION OR HARASSMENT FROM FILING THIS ACTION.
PLAINTIFF THANKS THE COURT IN ADVANCE FOR IT'S TIME AND CONSIDERATION IN THIS MATTER.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-14-2025
DATE

[signature]
SIGNATURE OF PLAINTIFF

______________________________
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

______________________________
(Signature of attorney, if any)

______________________________
______________________________
______________________________
______________________________
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

LIST OF APPEALS STATUS A-2