UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD EUGENE RICKS,

Plaintiff,

v.

B. SUAZO, et al.,

Defendants.

Case No. 1:25-cv-01575-KES-CDB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE

Doc. 9

Plaintiff Ronald Eugene Ricks is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action with the filing of a complaint on November 17, 2025. Doc. 1.

The assigned magistrate judge issued a first screening order on May 21, 2026, finding that Plaintiff failed to plead any cognizable claims in his complaint, and granted Plaintiff leave to amend. Doc. 7. In the screening order, the Court admonished Plaintiff that if he failed to timely file a response, the Court would "recommend that this action be dismissed, without prejudice, for failure to obey the Court's orders and failure to prosecute." *Id.* at 18 (emphasis removed). When Plaintiff failed to timely respond to the screening order with the filing of an amended complaint or otherwise, on July 2, 2026, the magistrate judge issued findings and recommendations to dismiss the action for Plaintiff's failure to prosecute this action and failure to comply with the Court's order. Doc. 9. The magistrate judge evaluated the factors set forth in *Pagtalunan v. Galaza*, 291 F.3d

639, 642 (9th Cir. 2002), regarding dismissal for failure to comply with a court order and recommended dismissal without prejudice. *Id.* at 2-3.

The Court served the findings and recommendations on Plaintiff and informed him that any objections were due within 21 days. *Id.* at 4. The findings and recommendations advised Plaintiff that a failure to file objections within the specified time may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Plaintiff did not file any objections and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings that Plaintiff failed to prosecute the action and failed to comply with the Court's order are supported by the record and proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations, Doc. 9, issued on July 2, 2026, are ADOPTED in full.
2. The action is DISMISSED without prejudice.
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: July 31, 2026

UNITED STATES DISTRICT JUDGE